IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL SHANNON CARMICHAEL                                                                      PLAINTIFF

v.                                              Case No. 6:23-cv-6124

WARDEN JAMES EARL, *et al*.                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. After evaluating the 42 U.S.C. § 1983 claims in Plaintiff's *pro se* complaint for preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 1) be dismissed without prejudice for alleging claims barred by the applicable statute of limitations. Judge Comstock also recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that Plaintiff's Motion to Produce Documents (ECF No. 6) and Motion to Amend Complaint (ECF No. 7) be denied as moot.

Plaintiff has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion to Produce Documents (ECF No. 6) and Motion to Amend Complaint (ECF No. 7) are hereby **DENIED AS MOOT**. The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration.

**IT IS SO ORDERED**, this 9th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge